357

No. 56202.—Ralph Boone et al. *v.* United States, protests 101807–K, etc. (San Diego).

Opinion by Johnson, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 56203.—Alfred Hart Distilleries, Inc., et al. *v.* United States, protests 113293–K, etc. (Los Angeles).

Opinion by Johnson, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 56204.—British American Importation Co., Ltd. *v.* United States, protest 115233–K (Los Angeles).

Opinion by Johnson, J.   Following the authorities cited in Abstract 15400 the court dismissed the protest.

No. 56205.—Tecate Importers, Inc. *v.* United States, protests 133542–K and 133698–K (San Diego).

Opinion by Johnson, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 56206.—I. F. Schnier Co., Inc. *v.* United States, protest 151080–K (Laredo).

Opinion by Johnson, J.   Following the authorities cited in Abstract 15400 the court dismissed the protest.

No. 56207.—Paul A. Teegarden and James G. Wiley *v.* United States, protests 158711–K (B) and 172428–K (Los Angeles).

Opinion by Johnson, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 56208.—Divers Sponge Co. *v.* United States, protest 161558–K (Cleveland).

Opinion by Johnson, J.   Following the authorities cited in Abstract 15400 the court dismissed the protest.

No. 56209.—Sprouse-Reitz Co., Inc. *v.* United States, protest 171433–K (Los Angeles).

Opinion by Johnson, J.   Following the authorities cited in Abstract 15400 the court dismissed the protest.